UNITED STATES DISTRICT COURT'

EASTERN DISTRICT OF MICHIGAN

ROBERT L. SALEM,

    Plaintiff,                                No. 11-13278-cv

v                                         Hon. Marianne O. Battani

WEBER & OLCESE, P.L.C.
JEFFREY M. WEBER,
MICHAEL J. OLCESE, and
JEFF MICHAELS,
    Defendants.

---

MANTESE HONIGMAN ROSSMAN
and WILLIAMSON, P.C.
Attorneys for Plaintiff
Gerard V. Mantese (P34424)
Ian M. Williamson (P65056)
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200

---

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court on the stipulation of the parties, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the above-captioned litigation is dismissed with prejudice, and without costs or attorneys' fees to either party at this time; and

IT IS FURTHER ORDERED that the claims of the putative class members is dismissed without prejudice.

Pursuant to FRCP 41(a)(1)(A)(ii) this Order of Dismissal resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Dated: November 9, 2012	s/Marianne O. Battani
	United States District Court Judge


Stipulated as to form and substance:


s/David Honigman	s/ Charity Olson
David Honigman (P33146)	Charity Olson (P68295)
Attorney for Plaintiff	Attorney for Defendants